| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | Nykolas Tyler |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No.  1:19-mj-00087-BAM-1 |
| Plaintiff, | | **DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |
| vs. | | |
| NYKOLAS TYLER, | | Judge: Hon. Stanley A. Boone |
| Defendant. | | |

Defendant Nykolas Tyler hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $200 cash posted by Mr.Tyler, per DKT #8, Receipt # CAE100042348.

On April 23, 2019, the Court ordered Defendant released on conditions including a $200 cash bond, which was posted on April 29, 2019.  Mr. Tyler was subsequently acquitted on October 28, 2019 in case number EP-19-CR-00473-FM in the Western District of Texas, El Paso Division. See Exhibit A.  Since no conditions of the bond remain to be satisfied, Mr. Tyler is now requesting that the $200 cash bond be exonerated and reconveyed to him pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 14, 2019         */s/ Charles Lee*
                                CHARLES LEE
                                Assistant Federal Defender
                                Attorney for Nykolas Tyler

**ORDER**

The Court finds that Nykolas Tyler has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $200 cash bond in the above-captioned case and reconvey the cash to Mr. Tyler, who originally posted the cash bond. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: __**November 14, 2019**__

UNITED STATES MAGISTRATE JUDGE